AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Fenwick Commons Homeowners Association Inc., Jose Castillo, et al., <br> *Plaintiff* <br> v. <br> Pennsylvania National Mutual Casualty Insurance Company, <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  2:19-cv-00057-SAL <br> ) <br> ) |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary Judgment is entered, in part, as to Defendant Pennsylvania National Mutual Insurance Company and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge, who grants, in part, Defendant Pennsylvania National Mutual Insurance Company's Motion for Summary Judgment and Motion to Dismiss for Failure to Prosecute; and denies Plaintiff Fenwick Common Homeowners Association, Inc.'s Motion for Summary Judgment.

Date:   December 22, 2020

Tqdkp"N0Dnwo g
*CLERK OF COURT*

s/Meredith Cotton
*Signature of Clerk or Deputy Clerk*